

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RINA DELGADO, )
)
         Plaintiff, )
v. ) Civ. Action No. 1:12-cv-00951 (AJT/IDD)
)
TARGET STORES, INC., )
)
         Defendant. )
)

## ORDER

This matter is before the Court on Defendant's Partial Motion to Dismiss [Doc. No. 4], on which the Court held a hearing on Friday, September 28, 2012. Upon consideration of Defendant's motion, the memoranda filed in support thereof and in opposition thereto, and the arguments of counsel at the hearing, and for the reasons stated in open court, it is hereby

ORDERED that Defendant's Partial Motion to Dismiss [Doc. No. 4] be, and the same hereby is, GRANTED pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

ORDERED that Plaintiff's claim for punitive damages be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 28, 2012