UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RINA DELGADO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET STORES, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:12-cv-951 |

## STIPULATION OF DISMISSAL

Upon motion of Plaintiff, by her counsel, and agreement of Defendant, by its counsel, and for good cause shown, it is hereby

ADJUDGED and ORDERED that this case should be, and it is dismissed with prejudice, with each side to bear her/its own costs and attorneys' fees.

The Clerk is directed to provide a copy of this Order to all counsel of record and this matter is ORDERED stricken from the docket.

Enter this _____ day of _____, 2012.


_____
Anthony J. Trenga
U. S. District Court Judge

**SEEN AND AGREED:**

**RINA DELGADO**

By /s/ Kellie M.L. Budd
George R.A. Doumar VSB 24490
Kellie M.L. Budd VSB 72084
Doumar Martin, PLLC
2000 N. 14th Street, Suite 210
Arlington, Virginia 22201
gdoumar@doumarmartin.com
kbudd@doumarmartin.com

*Counsel for Plaintiff*


**TARGET CORPORATION
d/b/a TARGET STORES**

By /s/ Melissa Tannery
Edward H. Starr, Jr., Esq. (VSB No. 18609)
Melissa R. Tannery, Esq. (VSB No. 41843)
Attorney for Target Corporation
Troutman Sanders LLP
1001 Haxall Point
Post Office Box 1122
Richmond, Virginia 23219-1122
Telephone: (804) 697-1874
Facsimile: (804) 698-6016
ed.starr@troutmansanders.com
melissa.tannery@troutmansanders.com

*Counsel for Defendant*

20187509v1